PEOPLE V LARRY LEE, Nos. 137863 and 137864; Court of Appeals Nos. 277551 and 277552.
CAVANAGH, J. I would grant leave to appeal.

PEOPLE V MILESKI, No. 137998; Court of Appeals No. 280563.

PEREZ V OAKLAND COUNTY, No. 138104; Court of Appeals No. 278129.
KELLY, C.J. I would grant leave to appeal.

MOCK V HACKLEY HOSPITAL, No. 138328; Court of Appeals No. 280269.

PEOPLE V NORTHUP, No. 138332; Court of Appeals No. 288821.

PEOPLE V PARISH, No. 138366; reported below: 282 Mich App 106.

PEOPLE V HOLLAND, Nos. 138392, 138394, 138396, 138398, 138400, and 138402; Court of Appeals Nos. 278876, 279870, 281152, 281153, 281154, and 282817.

MAPLEWOOD PROPERTIES, LLC v LONG LAKE MARKET, INC, No. 138409; Court of Appeals No. 280467.

PEOPLE V CHAMPLAIN, No. 138423; Court of Appeals No. 276447.
KELLY, C.J. I would grant leave to appeal.

PEOPLE V GREENBERG, No. 138474; Court of Appeals No. 280650.
CORRIGAN, J., did not participate for the reasons stated in *People v Parsons*, 728 NW2d 62, 66 (2007).

PEOPLE V MUNN, No. 138512; Court of Appeals No. 289620.

PEOPLE V GRIFFIS, No. 138528; Court of Appeals No. 279182.
CAVANAGH, J. I would grant leave to appeal.

BURTON V DYE, No. 138580; Court of Appeals No. 282895.

*Reconsideration Denied July 9, 2009:*

KING V MCPHERSON HOSPITAL, No. 137071. Leave to appeal denied at 482 Mich 1156. Court of Appeals No. 283271.
HATHAWAY, J. I would grant reconsideration.

*Leave to Appeal Denied July 10, 2009:*

ELLIS V HATCHEW, No. 138083; Court of Appeals No. 279930.
KELLY, C.J., and CAVANAGH and HATHAWAY, JJ. We would reverse the judgment of the Court of Appeals because we are not persuaded that the trial court erred when it denied defendant's motion for summary disposition. When the facts are viewed in a light most favorable to plaintiff, there were disputed issues of material fact relating to the applicability of the open and obvious danger doctrine.